**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF GREENE STREET FUNDING TRUST II, *Plaintiff,* <br><br> v. <br><br> QUATRE MANAGEMENT LLC, *Defendant.* | NO: |

## COMPLAINT

Plaintiff, U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II, by and through its undersigned counsel, hereby complains against Defendants as follows:

## I.  PARTIES, JURISDICTION AND VENUE

1.      The Plaintiff is U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II ("Plaintiff"), with an address in care of RF Mortgage Services Corporation, 550 W. Adams Street, Suite 950, Chicago, IL 60661.

2.      Defendant, Quatre Management LLC ("Quarte" or "Mortgagor"), is a limited liability company incorporated under the laws of the State of Delaware, and registered as a foreign limited liability company in the Commonwealth of Pennsylvania with a registered address of 5946 Germantown Avenue, Philadelphia, PA 19144 and Quatre has an interest in the Real Property located at 2525 South Percy Street, Philadelphia, PA 19148 (the "Property" or the "Mortgaged Premises"). Quatre is the mortgagor and real owner of the real Property hereinafter described.

3.    This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

4.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a), as the cause of action arose here and the Property that is the subject of this action is situated here.

## II. FACTS

5.    On or about June 30, 2022, in consideration of a loan in the principal amount of $176,250.00, Quatre executed and delivered to Logan Finance Corporation, a note (the "Note"). A true and correct copy of the Note is attached hereto and marked as Exhibit "A" and made a part hereof.

6.    To secure the obligations under the Note, Quatre executed and delivered to Mortgage Electronic Registration Systems, Inc., acting solely as a nominee for Logan Finance Corporation, its Successors and Assigns a mortgage dated June 30, 2022, and recorded April 1, 2024, in the Office of the Recorder for Philadelphia County, as Instrument Number 54283883 (the "Mortgage"). A true and correct copy of the Mortgage is attached hereto and marked as Exhibit "B" and made a part hereof.

7.    The Mortgage secures the following real property (the "Mortgaged Premises"): 2525 South Percy Street, Philadelphia, PA 19148. A true and correct copy of the legal description of the Mortgaged Premises is attached hereto and marked as Exhibit "C" and made a part hereof.

8.    The Plaintiff, directly or through an agent, has possession of the Note, which has been duly endorsed. Therefore, the Plaintiff has the right to enforce the Note.

9.      The Plaintiff is the proper party by way of an Assignment of Mortgage (the "Assignment"), dated February 27, 2026, and recorded in the Recorder of Deeds for Philadelphia County on March 4, 2026, as Document ID Number 54526389. A true and correct copy of the Assignment of Mortgage is attached hereto and marked as Exhibit "D."

10.     Quatre is the record and real owner of the Mortgaged Premises.

<u>**COUNT I**</u>
<u>**MORTGAGE FORECLOSURE**</u>
<u>**PLAINTIFF v. QUATRE**</u>

11.     The allegations of paragraph 1 through 10 are incorporated herein as though set forth at length.

12.     The Note and the Mortgage are in default because the monthly payments due November 1, 2024, and thereafter have not been paid.  As a result, the entire principal balance and all interest due thereon have become due and payable with late charges, escrow deficit, and all costs of collection including, but not limited to, title search fees and reasonable attorney's fees.

13.     As of July 22, 2026, the following amounts are due on the Mortgage and

Note:

| | |
|---|---:|
| Unpaid Principal Balance | $172,857.02 |
| Interest (Good Through August 7, 2026) | $26,421.92 |
| Cumulative Late Charges | $595.89 |
| Title Costs | $290.00 |
| Hazard Insurance Advance | $2,250.00 |
| FC Fees | $1,732.25 |
| Service Transfer Corporate Advance | $39.00 |
| Other Corporate Advances | $285.00 |
| Service Transfer Late Fee | $132.42 |
| Escrow Reserve Balance | $5,873.09 |
| Lien Release Fee | $250.00 |
| Wire Fee | $10.00 |
| **Total Amount Due** | **$210,736.59** |

*\* Non-Interest Bearing*

The current interest rate is 8.250%.  *Per diem* interest in the amount of $39.61 will accrue on the principal unless there is an interest rate change as set forth in the Note.

14.    Pennsylvania laws Act 6 of 1974 and Act 91 of 1982 are not applicable as this action involves a commercial loan. Notice of default as required by the terms of the Mortgage have been sent to the Defendants.  Copies of the Notices, redacted to remove confidential account information, are attached hereto and marked as Exhibit "E" and made a part hereof.

**WHEREFORE**, the Plaintiff requests judgment against Defendant Quatre Management LLC under Count I in the sum of **$210,736.59**, together with interest, costs (including additional escrow advances), and additional attorney's fees and costs, and for United States Marshall's foreclosure sale of the Mortgaged Premises.

### COUNT II
### BREACH OF CONTRACT
### PLAINTIFF v. QUATRE

15.     Plaintiff incorporates by reference paragraphs 1 through 14 as though set forth at length.

16.     By virtue of the default of Quatre under the subject Mortgage/Note obligation, Plaintiff is entitled to the entry of an *in personam* money judgment against Quatre for the total amounts due and owing set forth herein, **$210,736.59.**

**WHEREFORE**, Plaintiff demands judgment against Quatre Management LLC under Count II in the sum of **$210,736.59** together with interest from October 1,2024 at the rate set forth in the Note through the date of judgment, and other costs and charges collectible under the Note.

Respectfully submitted,

Date: August 3, 2026

/s/ Stephen M. Hladik

Stephen M. Hladik, Esq., ID No. 66287
Robert W. Williams, Esq., ID No. 315501
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
shladik@hoflawgroup.com
rwilliams@hoflawgroup.com
*Attorneys for Plaintiff*